Budget Laundry Company *v.* Munter et al.,
Appellants.

Argued November 11, 1971. *Murray S. Love* and *Seymour A. Sikov*, with them *Sikov & Love*, for appellants; *Louis Vaira*, with him *Carl D. Smith*, for appellee.

Judgment affirmed.

SPAULDING, J., absent.

Butler Area Sewer Authority, Appellant, *v.*
Rock et ux., Appellants.

Argued November 8, 1971. *William C. Robinson*, with him *Henninger & Robinson*, for plaintiff appellants; *Frank P. Krizner*, with him *McCandless, Chew & Krizner*, for defendant appellants.

Orders affirmed.

SPAULDING, J., absent.